# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **F. THOMAS YOUNG, JR.,**  Plaintiff,  v.  **DEBORAH A. YOUNG, individually and as attorney-in-fact for F. THOMAS YOUNG, SR.,**  Defendant. | Civil Action No. 7:12-cv-159 (HL) |

## ORDER

Based on the Stipulation of Plaintiff and Defendant filed on January 16, 2013 (Doc. 8) and for good cause shown, it is hereby ordered that this case be remanded to Superior Court without prejudice to either party, that the pending Motion to Dismiss (Doc. 3) be deemed moot, and that the Defendant have twenty days from the date of this Order within which to file defensive pleadings and motions in Superior Court. Each party shall bear their own costs in the matter.

**SO ORDERED**, this 17th day of January, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr